IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCELLA P. McNEIL,<br><br>        Plaintiff,<br><br>   v.<br><br>LABOR READY and COMMAND CENTER, 335 North 76th Street, Omaha, NE 68114, and 3773 West 5th Avenue Post Falls, ID 83854,<br><br>        Defendants. | 8:09CV60<br><br><br>ORDER |

      Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

      IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

      DATED this 16th day of March, 2009.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court