IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCELLA P. McNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV60 |
| | ) | |
| v. | ) | |
| | ) | |
| LABOR READY and COMMAND CENTER, 335 North 76th Street, Omaha, NE 68114, and 3773 West 5th Avenue Post Falls, ID 83854, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Labor Ready received summons in this matter on December 22, 2009 (*see* Filing No. 28), and has not responded in any way to plaintiff's amended complaint.[1] The Court will give Labor Ready until February 5, 2010, to answer or otherwise respond to plaintiff's amended complaint. Failure to do so may result in the entry of default judgment against Labor Ready. Accordingly,

IT IS ORDERED:

1. Defendant Labor Ready shall have until February 5, 2010, to answer or otherwise respond to plaintiff's amended complaint. Failure to do so may result in the entry of default judgment against Labor Ready.

---

[1] Federal Rules of Civil Procedure Rule 12 requires that a defendant serve an answer within 21 days after being served with the summons and the amended complaint.

2.   The clerk of court is directed to set a pro se case management deadline using the following language:  February 5, 2010: Deadline for defendant Labor Ready to file answer or otherwise respond to plaintiff's amended complaint.

DATED this 25th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court